UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>        Plaintiff-in-Interpleader,<br><br>vs.<br><br>KRISTEN E. ARNAUD and SUSAN BOLTON,<br><br>        Defendants-in-Interpleader. | Case No. 2:17-CV-00007-MCE-AC<br><br>**ORDER GRANTING STIPULATION RE:**<br><br>**(1) DISCHARGE, DISMISSAL AND RELEASE OF PLAINTIFF AMERICAN NATIONAL INSURANCE COMPANY; AND**<br><br>**(2) AWARD OF ATTORNEYS' FEES TO PLAINTIFF AMERICAN NATIONAL INSURANCE COMPANY**<br><br>**(3) DISBURSEMENT OF INTERPLED FUNDS; AND**<br><br>**(4) DISMISSAL OF ENTIRE ACTION** |

Based upon the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that the Complaint in Interpleader herein was properly and in good faith brought by Plaintiff American National Insurance Company ("ANICO"), and the sum specified in the Stipulation of the parties, to wit: One Hundred and Eleven Thousand, Five Hundred and One Dollars and Twenty Cents ($111,501.20), and previously deposited into the registry of this Court (the

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

155066.1

1

Case No. 2:17-CV-00007-MCE-AC
ORDER GRANTING STIPULATION RE:
DISCHARGE, DISMISSAL AND RELEASE

1  "Interpled Funds"), represents the total annuity policy proceeds and interest (the
2  "Annuity Policy Proceeds") payable under the subject ANICO annuity policy
3  bearing policy number 14855987 (the "Annuity Policy"), owned by now deceased
4  annuitant Frances G. Henson.

5  IT IS FURTHER ORDERED that ANICO and its owners, shareholders,
6  partners, officers, directors, employees, agents, general agents, legal representatives,
7  predecessors, successors, assignees, parent corporations, subsidiaries, affiliates,
8  attorneys, re-insurers, and insurers are dismissed from this action with prejudice and
9  forever discharged, released and relieved from any and all further liability or
10 responsibility of any kind to Defendants Kristen Arnaud and Susan Bolton, any other
11 current or subsequently added party to this action, and any other persons or entities
12 whether claiming by, through, or under any said persons or entities, or arising out of
13 or in any way connected with the Annuity Policy, the Annuity Policy Proceeds
14 payable under the Annuity Policy, this action, and/or the facts set forth herein.

15 IT IS FURTHER ORDERED that Kristen Arnaud and Susan Bolton, and
16 every other current or subsequently added party to this action are, during the
17 pendency of this action and hereafter, permanently enjoined and restrained from
18 instituting, prosecuting, or taking any further steps or proceedings against ANICO,
19 its owners, shareholders, partners, officers, directors, employees, agents, general
20 agents, legal representatives, predecessors, successors, assignees, parent
21 corporations, subsidiaries, affiliates, attorneys, re-insurers, and insurers in any action,
22 suit or proceeding, in any way arising out of or in any way connected with the
23 Annuity Policy, the Annuity Policy Proceeds payable under the Annuity Policy, this
24 action, and/or the facts set forth herein.

25 IT IS FURTHER ORDERED that ANICO be awarded the amount of Five
26 Thousand Nine Hundred and Ninety Eight Dollars and Sixty-Five Cents ($5,998.65)
27 for its reasonable attorneys' fees and costs incurred in connection with this action.
28 This amount shall be paid forthwith out of the Interpled Funds which were deposited

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

155066.1

2

Case No. 2:17-CV-00007-MCE-AC
ORDER GRANTING STIPULATION RE:
DISCHARGE, DISMISSAL AND RELEASE

into the registry of this Court on or about January 19, 2017, and that the attorneys' fees and costs awarded to ANICO shall be paid to ANICO before the balance of the Interpled Funds on deposit with this Court are distributed as set forth herein below. The Court, by and through its Clerk, or as otherwise appropriate, shall disburse this amount to ANICO as follows:

> AMERICAN NATIONAL INSURANCE COMPANY
> Attn:  Charles K. Chineduh, Esq.
> Meserve, Mumper & Hughes LLP
> 800 Wilshire Boulevard, Suite 500
> Los Angeles, California 90017-2611

IT IS FURTHER ORDERED that after the deduction for the attorneys' fees and costs of ANICO as described herein above, the remaining Interpled Funds, on deposit with the registry of the Court (approximately $105,502.55), be transferred to the registry of the Superior Court of the State of California, County of Sacramento, Case No. 34-2017-00207075--where Defendants are currently involved in another litigation.  Defendants will resolve their conflicting claims over the remaining Interpled Funds in the action currently pending in the Sacramento County Superior Court.

IT IS FURTHER ORDERED that after all of the Interpled Funds on deposit with this Court have been distributed as set forth hereinabove, this action shall be and hereby is dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs, except as set forth herein.

**IT IS SO ORDERED.**

**Dated:  March 21, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

155066.1

3

Case No. 2:17-CV-00007-MCE-AC
ORDER GRANTING STIPULATION RE:
DISCHARGE, DISMISSAL AND RELEASE